IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02177-BNB

MARTIN MENZOR,
Plaintiff,

v.

SHERIFF DON KRUGER, and
CLEAR CREEK COUNTY JAIL STAFF,
Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 30 2007

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff Martin Menzor is incarcerated at the Clear Creek County Jail in Georgetown, Colorado. Mr. Menzor initiated this action by filing *pro se* a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. In an order filed on October 16, 2007, Magistrate Judge Boyd N. Boland directed Mr. Menzor to cure a deficiency if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Menzor to submit a certified copy of his inmate trust fund account statement in support of the motion seeking leave to proceed *in forma pauperis*. Mr. Menzor was warned that the complaint and the action would be dismissed without further notice if he failed to cure the deficiency within thirty days.

Mr. Menzor has failed to cure the deficiency within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's October 16 order. Therefore, the complaint and the action will be dismissed without prejudice for failure to cure the deficiency. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure the deficiency. It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 filed on October 4, 2007, is denied as moot.

DATED at Denver, Colorado, this 20 day of Nov. , 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02177-BNB

Martin Menzor
Reg. No. 070360
PO Box 518
Georgetown, CO 80444

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 11/30/07

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk